```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
     v.                      ) Criminal No. 09-57
                             )
RASHIED ODEN,                )
     Defendant.              )
```

## ORDER

AND NOW, this 17th day of September, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered July 13, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, September 30, 2009 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

                              BY THE COURT:

                              s/Gary L. Lancaster          ,J.
                              The Honorable Gary L. Lancaster,
                              United States District Judge

cc:  Gregory C. Melucci,
     Assistant United States Attorney

     David B. Chontos, Esquire
     561 Beulah Road
     Turtle Creek, PA 15145

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation