IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-57 |
| | ) |
| RASHIED ODEN, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 6th day of October, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered July 13, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, October 16, 2009 at 11:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:  Gregory C. Melucci,
     Assistant United States Attorney

     David B. Chontos, Esquire
     561 Beulah Road
     Turtle Creek, PA 15145

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation